No. 93–908. REICH v. COLLINS, REVENUE COMMISSIONER OF GEORGIA, ET AL. Sup. Ct. Ga. [Certiorari granted, 510 U. S. 1109.] Motion of James B. Beam Distilling Co. for leave to file a brief as *amicus curiae* granted.

No. 93–1103. DUBUQUE PACKING CO., INC. v. UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION AFL–CIO, LOCAL NO. 150–A, ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 1016.] Motion of petitioner to dispense with printing the joint appendix granted. JUSTICE GINSBURG took no part in the consideration or decision of this motion.

No. 93–1197. HESS ET AL. v. PORT AUTHORITY TRANS-HUDSON CORPORATION. C. A. 3d Cir. [Certiorari granted, 510 U. S. 1190.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–1202. BRUNWASSER v. STEINER, 510 U. S. 1195. Motion of respondent for fees and costs granted, and respondent is awarded a total of $500 to be paid by petitioner on or before Monday, May 16, 1994.

No. 93–1340. UNITED STATES v. MEZZANATTO. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1029.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Mark R. Lippman, Esq., of La Jolla, Cal., be appointed to serve as counsel for respondent in this case.

No. 93–1408. NEW YORK STATE CONFERENCE OF BLUE CROSS & BLUE SHIELD PLANS ET AL. v. TRAVELERS INSURANCE CO. ET AL.;
No. 93–1414. CUOMO, GOVERNOR OF NEW YORK, ET AL. v. TRAVELERS INSURANCE CO. ET AL.; and
No. 93–1415. HOSPITAL ASSOCIATION OF NEW YORK STATE v. TRAVELERS INSURANCE CO. ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 93–7407. O'NEAL v. McANINCH, WARDEN. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1017.] Motion for appointment of counsel granted, and it is ordered that Thomas R. Wetterer, Jr., Esq., of Columbus, Ohio, be appointed to serve as counsel for petitioner in this case.